ROXANNE DEGESERO v. BOARD OF REVIEW, DEPARTMENT
OF LABOR AND INDUSTRY.

October 22, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT FLEISCHER.

October 28, 1980. ·

Leave to appeal the order of the Appellate Division denying
the application to vacate the dismissal of the appeal is granted,
and the matter is summarily reversed and remanded to the
Appellate Division for consideration of the appeal on the merits.

STATE OF NEW JERSEY IN THE INTEREST OF W.C.,
A JUVENILE.

October 28, 1980.

Leave to appeal granted.

STATE OF NEW JERSEY v. SAMUEL WALLS.

October 28, 1980.

Certification to Superior. Court, Law Division is granted.